E-FILED
Thursday, 15 February, 2007  08:37:55 AM
Clerk, U.S. District Court, ILCD

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                           PEORIA DIVISION
```

JANE DOE - 2, et al.,            )
                                 )
    Plaintiffs,                  )
                                 )
        v.                       )        Case No. 03-cv-1137
                                 )
GERALD SCOTT HUDDLESTON,         )
                                 )
    Defendant.                   )

## ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. 256] on the damages portion of the Plaintiffs' Motion for Default Judgment filed on July 29, 2003 [Doc. 28] and the corresponding Order for entry of default entered on September 4, 2003 [Doc. 32]. The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. § 636(b)(1). Failure to timely object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that JUDGMENT be entered in favor of the plaintiffs and against the defendant Huddleston in the total amount of $600,000 in compensatory damages and $125,000 in punitive damages.

The Clerk is further DIRECTED to enter FINAL JUDGMENT in favor of defendants Stephanie Nagey, Prairie Central School District No. 8 Board of Education, Ann Wegrzyn, Boys and Girls Club of Prairie

Central, and Amy Gahn and against the plaintiffs pursuant to this Court's September 12, 2006 Order [Doc. 246]. Parties to bear their own costs.

    Entered this  14th  day of February, 2007.

                                               s/ Joe B. McDade
                                               JOE BILLY McDADE
                                     United States District Judge